**Order filed October 6, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00440-CR
_____

**JACKIE LEE HALEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 10-118**

## ORDER

The reporter's record in this case was due June 28, 2011. *See* Tex. R. App. P. 35.2. The court granted two extensions for the record until September 7, 2011. The record has not been filed with the court. We therefore issue the following order.

We order Patricia Wagner, the official court reporter, to file the record in this appeal on or before **November 7, 2011**, or appear before this court, on a date certain to show cause why you should not be held in contempt for not filing the record in Appeal No. 14-11-00440-CR; *Jackie Lee Haley v. The State of Texas,* as ordered.

PER CURIAM